UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

GEORGE E. BARTON,

        Plaintiff,

    v.

GARY W. SEWELL, et al.,

        Defendant.

No. CV-06-109-FVS

ORDER

**THIS MATTER** having come before the Court based upon the plaintiff's motion for a default judgment; Now, therefore

**IT IS HEREBY ORDERED:**

Mr. Barton's motion for a default judgment (Ct. Rec. 10) is denied with leave to re-file if, and when, he obtains entry of the defendants' default by the District Court Executive. Fed.R.Civ.P. 55(a).

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___9th___ day of August, 2007.

                                s/ Fred Van Sickle
                                  Fred Van Sickle
                        United States District Judge

ORDER - 1