AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

GEORGE E. BARTON,

        PLAINTIFF,

            JUDGMENT IN A CIVIL CASE

        v.

GARY W. SEWELL, et. al.,

        CASE NUMBER: CV-06-109-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THE PLAINTIFF'S COMPLAINT IS DISMISSED FOR LACK OF PERSONAL JURISDICTION.

July 11, 2008                               JAMES R. LARSEN
*Date*                                            *Clerk*
                                                  s/ Stevie Perry
                                                  *(By) Deputy Clerk*
                                                  Stevie Perry